**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2163**

KEVIN DONNELL MURPHY,

　　　　Plaintiff - Appellant,

　　　v.

OLIVIA BASTIAMPILLAI, Management Program Analyst; FEDERAL AVIATION ADMINISTRATION,

　　　　Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Matthew James Maddox, District Judge. (1:24-cv-01808-MJM)

Submitted:  January 22, 2026                    Decided:  January 26, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin Donnell Murphy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Donnell Murphy appeals the district court's order granting Defendants' motion for summary judgment in Murphy's civil action.  We have reviewed the record and find no reversible error.  Accordingly, we deny Murphy's motions for declaratory, monetary, and injunctive relief and affirm the district court's order.  *Murphy v. Bastiampillai*, No. 1:24-cv-01808-MJM (D. Md. Sep. 26, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*